■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v INDIA SNELL, Appellant. [721 NYS2d 300] —Judgment unani-

mously affirmed (*see, People v Hidalgo*, 91 NY2d 733, 737). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Manslaughter, 1st Degree.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.